**From:** Christina Andronache <Christina.Andronache@nielseniq.com>
**Date:** Thursday, January 20, 2022 at 6:55 PM
**To:** Jill Saluck <jsaluck@employ-law.com>
**Subject:** Matthew Germain - NielsenIQ

Jill,

I am in receipt of the attached letter regarding former NielsenIQ employee, Matthew Germain. By way of introduction, I am NielsenIQ's General Counsel for Labor and Employment. I will look into Mr. Germain's allegations, but please allow me a couple of weeks to respond as I get up to speed.

In the meantime, I was preparing a letter to send to Mr. Germain regarding his post-employment confidentiality obligations. In his termination meeting, he expressed that he would not want to sign any document that would prevent him from working from a competitor. Be that as it may be, Mr. Germain signed a Confidentiality Agreement at the beginning of his employment. Please share the attached letter and Confidentiality Agreement with him and confirm he understands his post-employment confidentiality obligations.