**From:** Christina Andronache <Christina.Andronache@nielseniq.com>
**Date:** Friday, January 21, 2022 at 11:28 AM
**To:** Jill Saluck <jsaluck@employ-law.com>
**Subject:** RE: Matthew Germain - NielsenIQ

Jill,

Great, thank you for the confirmation on the Confidentiality Agreement. While he obviously doesn't have a non-compete in place, it is the Company's view that it would be incredibly difficult for him to work for a NielsenIQ competitors without disclosing NielsenIQ confidential information as there are very, very few of them and he has significant confidential knowledge regarding NielsenIQ's renewal strategy.

Thanks for the additional time as well, I will be in touch soon.

**Christina Andronache**
**General Counsel, Global Employment Law**