**Subject:**      RE: Matthew Germain - NielsenIQ

**Date:**         Friday, January 21, 2022 at 11:52:22 AM Eastern Standard Time

**From:**         Christina Andronache

**To:**           Jill Saluck

**Attachments:** image002.png, image003.gif, image009.jpg, image010.png, image011.gif, image012.jpg, image013.png, image014.gif

Jill,

Understood and I think we're aligned. My point is that if he is hired in a similar position by a competitor and discloses confidential information, which can create common law claims of interference and misappropriation. NielsenIQ is fully prepared to enforce the confidentiality agreement, should there be any such disclosure. NielsenIQ will certainly share the confidentiality agreement with a new employer if we learn that he is in a similar role.

I will revert back to you about his claims but please feel free to reach out to me in the meantime.

**Christina Andronache**
**General Counsel, Global Employment Law**

**NielsenIQ**
312.342.2233 (Chicago CST)
Follow NielsenIQ:
LinkedIn | Twitter | Instagram | YouTube