```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
MATTHEW GERMAIN,                                                    :
                                                                    :
                                    Plaintiff,                      :   1:22-cv-1314-GHW
                                                                    :
              -against -                                            :   ORDER
                                                                    :
NIELSEN CONSUMER LLC, d/b/a NielsenIQ,                              :
                                                                    :
                                    Defendant(s).                   :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2022

GREGORY H. WOODS, District Judge:

On April 19, 2022, the Court held a hearing on Plaintiff's motion for a preliminary injunction. *See* Dkt. No. 5. For the reasons articulated on the record during that hearing, Plaintiff's motion for a preliminary injunction is denied. As further discussed on the record during that hearing, Defendant's request for attorneys' fees is also denied.

Further, the initial pre-trial conference scheduled for April 20, 2022 is adjourned to May 24, 2022 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The deadline for the parties to submit the joint status update and proposed case management plan and scheduling order described in the Court's February 18, 2021 order, Dkt. No. 13, is adjourned to May 17, 2022.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 5.

SO ORDERED.

Dated: April 19, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge