UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Matthew Germain,<br><br>    Plaintiff,<br><br>  -against-<br><br>Nielsen Co (US) LLC et al.<br><br>    Defendants. | Case No. 22-cv-01314 |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that the above-captioned action is dismissed *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

**SALUCK HALPER & LEHRMAN PLLC**

By: *Jill Saluck*
  Jill Saluck
  75 S. Broadway, Suite 400
  White Plains, New York 10601
  (914) 246-2686
  jsaluck@employ-law.com

 *Attorneys for Plaintiff*

Dated: June 6, 2023

**LITTLER MENDELSON, P.C.**

By: /s/
  Matthew R. Capobianco
  290 Broadhollow Road, Suite 305
  Melville, New York 11747
  (631) 247-4700
  mcapobianco@littler.com

 *Attorneys for Defendant*

Dated: July 5, 2023

**SO ORDERED:**

_____
U.S. District Judge

_____
Dated

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically on this 5th day of July, 2023. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by U.S. Mail to any *pro se* parties of record. Parties may access this filing through the Court's system.

*/s/ Jill Saluck*
Jill Saluck
